**UNITED STATES of America, Plaintiff–Appellee**

v.

**Gerardo Jose GUTIERREZ, also known as polsIII, Defendant–Appellant.**

No. 03–41458.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 5, 2004.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Miguel A. Nogueras, Aurora Ruth Bearse, Houston, TX, for Defendant–Appellant.

Before KING, Chief Judge, and JONES and DENNIS, Circuit Judges.

PER CURIAM: *

Gerardo Jose Gutierrez appeals the sentence imposed following his guilty-plea conviction for receiving and distributing child pornography. He argues that the district court plainly erred by imposing a special condition of supervised release that prohibits him from possessing or accessing a computer or computer network outside of that specifically required for work or

---

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

school, and by prohibiting him from accessing or using the Internet.

Gutierrez has not shown that the district court plainly erred by imposing such a condition. *See United States v. Paul*, 274 F.3d 155, 170 (5th Cir.2001); *United States v. Calverley*, 37 F.3d 160, 162–64 (5th Cir. 1994) (en banc). Accordingly, the judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.